■ JORGE ALVARADO, Respondent, v STRUCTURE TONE, INC., Defendant and Third-Party Plaintiff-Appellant. P.A.L. ENVIRONMENTAL SAFETY CORP., Third-Party Defendant-Respondent. [827 NYS2d 678]—Appeal from orders, Supreme Court, Bronx County (Howard R. Silver, J.), entered on or about October 17, 2005, and February 16, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Saxe, Marlow and Catterson, JJ.